IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| ADVANCED SURGERY CENTER OF BETHESDA, LLC; BETHESDA CHEVY CHASE SURGERY CENTER, LLC; DEER POINTE SURGICAL CENTER, LLC; HAGERSTOWN SURGERY CENTER, LLC; LEONARDTOWN SURGERY CENTER, LLC; MAPLE LAWN SURGERY CENTER, LLC; PICCARD SURGERY CENTER, LLC; RIVA ROAD SURGICAL CENTER, LLC; SURGCENTER AT NATIONAL HARBOR, LLC; SURGCENETER OF BEL AIR, LLC; SURGCENTER OF GLEN BURNIE, LLC; SURGCENTER OF GREENBELT, LLC; SURGCENTER OF SILVER SPRING, LLC; SURGCENTER OF SOUTHERN MARYLAND, LLC; SURGCENTER OF WESTERN MARYLAND, LLC; SURGCENTER OF WHITE MARSH, LLC; TIMONIUM SURGERY CENTER, LLC; AND WESTMINSTER SURGERY CENTER LLC;<br><br>Plaintiffs,<br><br>v.<br><br>CAREFIRST OF MARYLAND, INC.<br><br>Defendant. | Civil Action No. 1:13-CV-00769-JFM |

## AGREED ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss Plaintiffs' Complaint with Prejudice, filed on the _15th_ day of _December_, 2015. Plaintiffs, in the above-styled and numbered cause, desire to dismiss all claims asserted against Defendant Carefirst of Maryland, Inc.

Having reviewed the motion, the Court finds that it should be and hereby is GRANTED. Accordingly, all claims asserted by Plaintiffs against Defendant CareFirst of Maryland, Inc. are DISMISSED with prejudice. Each party will bear responsibility for its own legal and other fees, costs and expenses in this action.

SO ORDERED on this 14th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE
J. FREDERICK MOTZ